IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEREMY LAMOND HENDERSON, <br><br> Plaintiff, <br><br> v. <br><br> ASHLIE SHANLEY, et al., <br><br> Defendants. | 1:24-CV-308-DAB-JLW |

## **ORDER**

  This matter is before the Court for review of the Order and Recommendation filed on January 16, 2026. (D.E. 18.) The Magistrate Judge recommends denying without prejudice Plaintiff Jeremy Henderson's motion to compel service (D.E. 14), denying Mr. Henderson's request for removal (D.E. 1-2), granting Defendant Ashlie Shanley's motion to dismiss (D.E. 10), and dismissing the Complaint without prejudice. The deadline for objections passed on February 2, 2026, and no parties have objected to the Recommendation.

  Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

  Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 18) is ADOPTED, Mr. Henderson's motion to compel service (D.E. 14) is DENIED WITHOUT PREJUDICE, Mr. Henderson's request for removal (D.E. 1-2) is DENIED, Defendant Ashlie Shanley's motion to dismiss (D.E. 10) is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE.

  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of February, 2026.

                                                                              /s/ David A. Bragdon  
                                                                              United States District Judge